late Division, First Department. February 4, 1910.) Action by John Toner against the New York City Railway Company. B. H. Ames, for appellant. C. Steckler, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $15,000, in which event judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

TURNBULL et al., Respondents, v. TURNBULL, Appellant. (Supreme Court, Appellate Division, Third Department. March 9, 1910.) Action by Lizzie Turnbull and Spencer Billington, as administratrix and administrator, etc., of Peter Turnbull, deceased, against George H. Turnbull. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 118 App. Div. 449, 103 N. Y. Supp. 499.

TWELFTH WARD BANK OF NEW YORK, Respondent, v. LUCKES, Appellant, et al. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by the Twelfth Ward Bank of New York against Gus Luckes, impleaded with others. J. G. Grauer, for appellant. O. C. Sommerich, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re UNITED BLDG. MATERIAL CO. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) In the matter of the application of the United Building Material Company, for leave to join William E. Paine and Benjamin B. Odell, Jr., as receivers of Thomas McNally Company, as parties defendant in an action for the foreclosure of a certain lien. No opinion. Order affirmed, with $10 costs and disbursements.

UNITED STATES TRUST CO. OF NEW YORK v. VAN NOSTRAND et al. (Supreme Court, Appellate Division, Third Department. March 9, 1910.) Action by the United States Trust Company of New York, as trustee, etc., of the will of John J. Van Nostrand, deceased, against Louisa B. Van Nostrand, individually and as trustee, etc., of the will of John J. Van Nostrand, deceased, and as executrix of the will of John J. Van Nostrand, Jr., deceased, and others. No opinion. Judgment unanimously affirmed, with costs. See, also, 133 App. Div. 932, 118 N. Y. Supp. 1147; 134 App. Div. 983, 119 N. Y. Supp. 1148.

VAN ALSTINE, et al., Respondents, v. STANDARD LIGHT, HEAT & POWER CO., OF UNADILLA, Appellant. (Supreme Court, Appellate Division, Third Department. March 9, 1910.) Action by Susie L. Van Alstine and another, as administrators, etc., of Orson A. Van Alstine, deceased, against the Standard Light, Heat & Power Company, of Unadilla, N. Y. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 128 App. Div. 58, 112 N. Y. Supp. 416.

VAUGHAN, Respondent, v. FIREMEN'S INS. CO., OF NEWARK, N. J., Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Richard L. Vaughan against the Firemen's Insurance Company, of Newark, N. J. No opinion. Judgment and order affirmed, with costs.

VIGORITO, Respondent, v. PRESS PUB. CO., Appellant. (Supreme Court, Appellate Division, First Department. October, 1909.) Action by Sabato Vigorito against the Press Publishing Company.

PER CURIAM. Order modified as stated in memorandum, and, as modified, affirmed, without costs. Settle order on notice.

WADE, Appellant, v. NAVAHOE REALTY CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Charles J. Wade against the Navahoe Realty Company and another. No opinion. Motion for stay denied. Order reversed, with disbursements to abide event.

WALCOFF et al., Respondents, v. ROBINSON et al., Appellants. (Supreme Court, Appellate Division, First Department. February 9, 1910.) Action by Isaac Walcoff and others against Merton C. Robinson and others. No opinion. Motion to dismiss appeal granted. Order filed.

WALCZYK, Respondent, v. LESNOWSKI, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Jacob Walczyk against Annie Lesnowski. No opinion. Judgment and order affirmed, with costs.

WANAMAKER, Respondent, v. BUTLER MFG. CO., Appellant. (Supreme Court, Appellate Division. Fourth Department. February 2, 1910.) Action by Hiram E. Wanamaker against the Butler Manufacturing Company. No opinion. Judgment and order affirmed, with costs. See, also, 120 N. Y. Supp. 1000.

WEIGEL, Respondent, v. ZUCKERER, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Frederick Weigel against Herman Zuckerer.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion to vacate order of arrest granted, with costs, on the ground that the affidavit on which the order of arrest was granted does not set forth sufficiently facts showing malice and absence of probable cause.

WEIR, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Mary Weir against the City of New York. No opinion. Judgment and order unanimously affirmed, with costs.